IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WALTER R. DAVIS III and DIANA M. COKE-DAVIS,

    Plaintiffs,

v.

BAC HOME LOANS SERVICING, L.P.; GREENTREE SERVICING LLC; DITECH FINANCIAL LLC; and NEWREZ c/o SHELLPOINT MORTGAGE and 1 to 50, inclusive,

    Defendants.

C.A. No. 1:21-cv-01713-CFC

### DEFENDANT NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING'S AFFIDAVIT IN SUPPORT OF ITS MOTION FOR FINAL SUMMARY JUDGMENT

STATE OF Arizona )
COUNTY OF Maricopa )

**BEFORE ME**, the undersigned authority, personally appeared Paula Gonzalez, who, first being duly sworn on oath, deposes and says of his personal knowledge that:

1. I am an authorized representative, for NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint"). I am over the age of 18 years and make this Affidavit upon my own personal knowledge of the facts involved.

2. As an authorized representative, for Shellpoint, I have access to the books and records of Shellpoint, including those books and records of Plaintiff and Plaintiff's prior servicers including BAC Home Loans Servicing, LP; Countrywide Home Loans Servicing, LP; Bank of America, NA; Greentree Servicing LLC; and Ditech Financial LLC incorporated into the books and records of Shellpoint by virtue of the aforementioned servicing relationship in which books

and records of Shellpoint were kept and maintained in the regular and routine course of Shellpoint's business and made at or near the time of the business activity by, or from information transmitted by, a person with knowledge of the business activity. It was a regular and routine practice of Shellpoint's to keep and maintain such records and to rely on the business records of Shellpoint and the business records of Shellpoint's prior servicers incorporated into the business records of Shellpoint in the regular conduct of Shellpoint business.

3. On June 13, 2001, Plaintiffs Walter R. Davis III ("Walter Davis") and Diana M. Coke-Davis ("Plaintiffs") executed and delivered a promissory note ("Note) securing payment to America's Wholesale Lender. A true and correct copy of the underlying Note is attached hereto as Exhibit 1.

4. On June 13, 2001, Plaintiffs executed and delivered a mortgage ("Mortgage") in favor of America's Wholesale Lender for property located at 9 Hemsted Court, Dover, DE 19904 (the "Property"). The Mortgage was recorded on June 22, 2001 in the Public Records of Kent County, Delaware at Book 1080, at Page 307 as Instrument No. 10781. The Mortgage is attached hereto as Exhibit 2. The underlying Note and Mortgage shall be referred to as the "Loan."

5. On January 13, 2004, Plaintiffs executed a Loan Modification Agreement with Countrywide Home Loans, Inc. amending the Loan. The Loan Modification Agreement specifies an unpaid principal balance of $138,262.53 The Loan Modification is attached hereto as Exhibit 3.

6. Starting September 2009 through March 2010, BAC Home Loans Servicing, LP sent Plaintiffs correspondence regarding their default under the terms of the Loan. Relevant correspondence from BAC Home Loans Servicing, LP is attached hereto as Composite Exhibit 4.

7. On May 20, 2010, Plaintiffs executed a Loan Modification Agreement with BAC Home Loans Servicing, LP amending the Loan. The Loan Modification Agreement specifies an unpaid principal balance of $168,487.79. The Loan Modification Agreement is attached hereto as Exhibit 5.

8. Effective December 1, 2019, Shellpoint began servicing Plaintiffs' loan. Shellpoint's Welcome Letter is attached hereto as Exhibit 6.

9. At the time Shellpoint began servicing Plaintiffs' loan, Plaintiffs' loan was current. Plaintiffs continued to make all monthly payments timely until they paid off the loan in August 2021. The Payment History is attached hereto as Exhibit 7.

10. Plaintiff's correspondence via email on December 11, 2019 as well as Shellpoint's response is attached hereto as Composite Exhibit 8.

11. Upon receipt of Plaintiff's correspondence via email on December 11, 2019, Shellpoint marked Plaintiff's account as "in dispute" with the credit reporting agencies.

12. Plaintiff's correspondence via email on August 12, 2020 as well as Shellpoint's response is attached hereto as Composite Exhibit 9.

13. Shellpoint did not receive any correspondence from Plaintiffs in November 2020.

14. Shellpoint did not receive any disputes from the credit reporting agencies regarding Plaintiffs' Loan.

15. On July 19, 2021, Plaintiff Walter Davis called into Shellpoint requesting that Shellpoint stop marking Plaintiffs' account as "in dispute" to the credit reporting agencies. Therefore, on July 22, 2021 Shellpoint submitted an AUD to all three credit reporting agencies removing the "in dispute" notation by placing an "XR" codes in the "CCC" column. The AUD was submitted to the credit reporting agencies. On that same date, Shellpoint sent correspondence

to Plaintiffs confirming that the removal was submitted. The account notation demonstrating Walter Davis' request, the AUD submitted to the bureaus, and the June 22, 2021 letter to Plaintiffs are attached hereto as Composite Exhibit 10.

16. On or about August 24, 2021, Plaintiffs paid off the balance of the underlying Loan in the amount of $125,588.52. *See* Exhibit 7.

FURTHER AFFIANT SAYETH NAUGHT.

NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING

By: *Paula* _____

As: _____

STATE OF ) 
COUNTY OF )

On this 29 day of March 2023, personally appeared before me Paula Gonzales as paralegal for NewRez, LLC d/b/a Shellpoint Mortgage Servicing, whose identity is personally known to me (or proven on the basis of satisfactory evidence) and who by me duly sworn/affirmed, did say that she was the paralegal of NewRez, LLC d/b/a Shellpoint Mortgage Servicing, and that said document was signed by her on behalf of NewRez, LLC d/b/a Shellpoint Mortgage Servicing.

_____
Signature of Notary Public

ASHLEIGH SHAW-PULLIAM
Notary Public - State of Arizona
PINAL COUNTY
Commission #631767
Expires July 25, 2026

#199706893_v1

4