IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALTER R. DAVIS, III and <br> DIANA M. COKE-DAVIS, <br><br> Plaintiffs, <br><br> v. <br><br> NEWREZ C/O SHELLPOINT <br> MORTGAGE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 21-1713 (JLH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

At Wilmington, this 12th day of March, 2024,

For the reasons set forth in the Court's Memorandum Opinion and Order dated March 12, 2024 (D.I. 30, 31);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant and against Plaintiffs.

*/s/ Jennifer L. Hall*
The Honorable Jennifer L. Hall
United States District Judge